# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 10CR5108-L |
|---|---|
| Plaintiff, | **JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION** |
| vs. | |
| STEVEN JON HUPPERT, | |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing at the hearing held on December 14, 2011, the Information in the above entitled case is dismissed with prejudice, the bond is exonerated and, if held by U.S. Pretrial Services, Defendant's passport is to be released to Defendant.

**IT IS SO ORDERED**.

Dated: 3/25/13 .

_____
**HON. CATHY ANN BENCIVENGO**
**United States District Judge**